# Exhibit B

F5 Traffix Signaling Delivery Controller | F5 Networks Inc | DevNet

SIGN UP FREE      LOG IN

Cisco Ecosystem Exchange  >  Solution Partner Program  >  **Solution**      Join Solution Partner Program    Contact us

F5 Networks Inc

# F5 Traffix Signaling Delivery Controller (SDC)



The Traffix Signaling Delivery Controller (SDC) enables mobile operators to manage the proliferation of data and rapid signaling growth effectively while ensuring reliability and top network performance— and it does this from a single platform. The SDC provides essential Diameter signaling functions including context-aware routing, intelligent load balancing, and seamless connectivity among all legacy network elements, interfaces, and protocols. It also delivers comprehensive reporting and analytics and a testing and simulation suite to aid in infrastructure forecasting and planning.

When you deploy the SDC, you can take advantage of:

- Core router with a DRA—for reliable failover management and increased network performance.
- Edge router with a DEA—for roaming and interconnecting with security.
- Diameter load balancer—for unlimited scalability and cost-effective growth with improved utilization of resources.
- Diameter gateway plus IWF—for seamless connectivity between all network elements, protocols, and interfaces.
- Network visibility—for immediate identification and root-cause analysis of network problems, and improved capacity planning.
- Network analytics—reporting capabilities for network analytics and subscriber intelligence, and for providing key performance indicators to marketing.
- Diameter testing and simulation suite—for evaluation and monitoring of network performance and operation of new elements.

Request information

See partner profile

**VERTICALS**
Education
Government
Retail
Financial Services
Healthcare
Insurance
Transportation
Sports & Entertainment

**WEBSITE**
http://www.f5.com

**RESOURCES**
Product Information

# Support

**OFFICE FACILITIES**

US & Canada,Asia-Pacific,Japan,European Markets,Emerging markets

**SUPPORT MODEL**

Direct to customer

**SUPPORT COVERAGE HOURS**

Extended Hours

**SUPPORT HOTLINE**

800 11275 435



How a Telco's CTO can sleep soundly - F5 Signaling De

•

# Description

### Intelligent Context-Aware Routing

In 3G and 4G LTE environments, networks become more complex and the existence of multiple Diameter nodes requires a Diameter solution for better scalability, survivability, simple interconnections, and vendor interworking. The SDC meets all of these requirements and provides an advanced, context-aware routing engine. With the SDC operators benefit from a wide range of routing rules and policies.

### Diameter gateway

The Traffix SDC Diameter gateway overcomes interoperability problems between different Diameter vendors. It also translates legacy signaling protocols to Diameter and vice versa, to solve vendor interworking and connectivity challenges.Using flexible Diameter data dictionaries, the SDC provides support for RADIUS, SS7, LDAP, SQL, HTTP, GTP, JMS, and other protocols. With support for more than 50 Diameter interfaces, you can preserve existing infrastructure investments.

### Advanced Load Balancing

4G LTE deployments require scalability in order to grow efficiently and effectively, and also to maintain high network performance, service availability, and a simplified, costeffective architecture. The SDC enables you to scale by implementing comprehensive layers 4-7 load balancing solutions, including smart Diameter session stickiness, Diameter server failover recognition, dynamic flow control, and transparent traffic redistribution.

### Overload and Congestion Control

The Traffix SDC provides multiple mechanisms for resource management and congestion control that protect both the SDC and the connected elements from overload conditions. These mechanisms are based on message-oriented flow control, traffic-shaping algorithms, and load-shedding algorithms.

In an LTE environment, there are multiple situations that may cause overload, such as signaling storms resulting from faulty network elements. The overload control mechanisms assure that the service continues without degradation.

Enhanced Security and Connectivity in Roaming

The Traffix SDC offers an advanced Diameter Edge Agent (DEA) that
extends its capabilities in network signaling for tighter security and
normalized functionality in roaming, and other connectivity. It has a
normalization engine that ensures that only supported AVPs and content
enter the network. It offers high security and failover protection by
masquerading the network to prevent unauthorized access.

## Compatibility

Please Note: Compatibility is time-based and specific to the Cisco product(s) tested. Solutions that pass Cisco compatibility testing
will be certified as Cisco Compatible for a period of 24 months, starting on the certification date for the specific Cisco product
specified on the table below.

| Version | Verified Compatible Cisco Product | Date Tested | Compatibility Status |
|---|---|---|---|
| 4.0 | Unified Computing - UCS Manager<br>UCS Manager - UCSM 2.2.1 | 2013-11-26 | |

## Resources

[signaling-delivery-controller-datasheet.pdf](signaling-delivery-controller-datasheet.pdf)

## Explore more solutions by this Partner



SPP

**F5 Networks Inc**

Simplify Application Deployments with Cisco
ACI and F5 BIG-IP



SPP

**F5 Networks Inc**

Implementing Cisco Nexus 9000 NX-OS
Mode with F5 BIG-IP Local Traffic Manager

Today's IT infrastructure is complex and often manually provisioned, making it costly and time-consuming to deploy and manage applications. To deliver greater service agility, scale, predictable IT spending, and increased customer satisfaction—all

The BIG-IP family of products offers the application intelligence that network managers need to ensure applications are fast, secure, and available. All BIG-IP products share a common underlying architecture, F5's Traffic Management Operating



SPP

**F5 Networks Inc**

## F5 BIG-IP and Cisco Nexus 9000 OpenStack Deployment Guide

Today's IT infrastructure is complex and often manually provisioned, making it costly and time-consuming to deploy and manage applications. To deliver greater service agility, scale, predictable IT spending, and increased customer satisfaction—all



SPP

**F5 Networks Inc**

## Cisco Network Services Orchestrator (NSO) with F5 BIG-IP Virtual Editions (VEs)

Paradigm Shift Challenges Service Providers Internet traffic is exploding in an unprecedented way. As customers demand more services with the increase of application usage, data services, and connected devices, operators scramble to deploy an



SPP

**F5 Networks Inc**

## F5 BIG-IP and Cisco/Firepower - Network Optimization and Security Architecture

Since no one does it all, effective cybersecurity in the enterprise requires collaboration between best-of-breed technologies. Budgets are also limited which puts pressure on IT organizations to pick products that adhere to performance and total cost of



SPP

**F5 Networks Inc**

## F5 SSL Orchestrator with Cisco ASA FirePower Solution

n integrated F5 and Cisco Advanced Malware Protection (AMP) solution solves these two SSL/TLS challenges. F5® Herculon™ SSL Orchestrator™ centralizes SSL inspection across complex security architectures, enabling flexible deployment options for



SPP

**F5 Networks Inc**

## F5 BIG-IP Local Traffic Manager VE

F5 BIG-IP Local Traffic Manager (LTM) increases your operational efficiency and ensures peak network performance by providing a flexible, high-performance application delivery system. With its

Case 3:20-cv-00721-JAG Document 4 Filed 11/06/20 Page 6 of 6 PageID# 346

flexible, high-performance application delivery system. With its
application-centric perspective, BIG-IP LTM optimizes your

Terms & Conditions    Privacy Statement    Cookie Policy    Trademarks

Make a wish

